LAW OFFICE OF MONICA L. BERMUDEZ
Monica L. Bermudez, SBN 275434
1670 M. Street
Bakersfield, CA 93301
Tel: (661) 616-2141
Fax: (661) 322-7675
Email: monica@lawbermudez.com

Attorney for:
Markeith Branscumb

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARKEITH BRANSCUMB,<br><br>Defendants. | Case No. 1:17cr00209-01 DAD<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Date: April 9, 2018<br>Time: 10:00 A.M.<br>**Courtroom: 5** |
|---|---|

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND MARK MCKEON, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MARKEITH BRANSCUMB, by and through his attorney of record, MONICA L. BERMUDEZ, hereby requesting that the sentencing hearing currently set for Monday, March 5, 2018, be continued to Monday, April 9, 2018 at 10:00 a.m.

Defense Counsel, Monica L. Bermudez, is currently in trial in the matter of *People v. Monica Magana* BF168932B and will be unavailable until April 9, 2018. Defense Counsel has discussed the request to vacate and continue the hearing with Mr. McKeon and there is no objection to Defense Counsel's request.

The parties also agree the delays resulting from the continuance shall be excluded in the

1

interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

DATED: March 1, 2018

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Markeith Branscumb

DATED: March 1, 2018

*/s/Mark McKeon*
MARK MCKEON
Assistant United States Attorney

## **ORDER**

GOOD CAUSE APPEARING, the sentencing hearing currently set for March 5, 2018, before Honorable Dale A. Drozd is hereby continued to Monday, April 9, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **March 1, 2018**

UNITED STATES DISTRICT JUDGE